FILED: April 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1227
(2:24-cv-00621-MSD-RJK)

_____

LEE SCHMIDT; CRYSTAL ARRINGTON

      Plaintiffs - Appellants

v.

CITY OF NORFOLK; MARK TALBOT, In his official capacity as the Norfolk
Chief of Police

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places

appendix volume numbers VI-IX under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk