FILED:  April 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1227
(2:24-cv-00621-MSD-RJK)

_____

LEE SCHMIDT; CRYSTAL ARRINGTON

  Plaintiffs - Appellants

v.

CITY OF NORFOLK; MARK TALBOT, In his official capacity as the Norfolk
Chief of Police

  Defendants - Appellees

------------------------------

CATO INSTITUTE; INNOCENCE PROJECT; THE CENTER ON RACE,
INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF
LAW; THE POLICING PROJECT AT NEW YORK UNIVERSITY SCHOOL
OF LAW; ELECTRONIC FRONTIER FOUNDATION; AMERICAN CIVIL
LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA;
NEW CIVIL LIBERTIES ALLIANCE; ELECTRONIC PRIVACY
INFORMATION CENTER; PROJECT FOR PRIVACY AND SURVEILLANCE
ACCOUNTABILITY, INC.

  Amici Supporting Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 06/11/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk