FILED:  April 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1227
(2:24-cv-00621-MSD-RJK)

_____

LEE SCHMIDT; CRYSTAL ARRINGTON

   Plaintiffs - Appellants

v.

CITY OF NORFOLK; MARK TALBOT, In his official capacity as the Norfolk
Chief of Police

   Defendants - Appellees

------------------------------

CATO INSTITUTE; INNOCENCE PROJECT; THE CENTER ON RACE,
INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF
LAW; THE POLICING PROJECT AT NEW YORK UNIVERSITY SCHOOL
OF LAW; ELECTRONIC FRONTIER FOUNDATION; AMERICAN CIVIL
LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA;
NEW CIVIL LIBERTIES ALLIANCE; ELECTRONIC PRIVACY
INFORMATION CENTER; PROJECT FOR PRIVACY AND SURVEILLANCE
ACCOUNTABILITY, INC.

   Amici Supporting Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for

filing the reply brief to 07/16/2026 . Any further request for an extension of time in which to file the reply brief shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk