FILED: June 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1227
(2:24-cv-00621-MSD-RJK)

_____

LEE SCHMIDT; CRYSTAL ARRINGTON

      Plaintiffs - Appellants

v.

CITY OF NORFOLK; MARK TALBOT, In his official capacity as the Norfolk
Chief of Police

      Defendants - Appellees

------------------------------

CATO INSTITUTE; INNOCENCE PROJECT; THE CENTER ON RACE,
INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF
LAW; THE POLICING PROJECT AT NEW YORK UNIVERSITY SCHOOL
OF LAW; ELECTRONIC FRONTIER FOUNDATION; AMERICAN CIVIL
LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA;
NEW CIVIL LIBERTIES ALLIANCE; ELECTRONIC PRIVACY
INFORMATION CENTER; PROJECT FOR PRIVACY AND SURVEILLANCE
ACCOUNTABILITY, INC.

      Amici Supporting Appellant

COMMONWEALTH OF VIRGINIA; UNITED STATES OF AMERICA

      Amici Supporting Appellee

_____

### O R D E R

_____

The Commonwealth of Virginia and the United States of America have filed amicus curiae briefs.

The court accepts the briefs for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk