FILED: June 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1227
(2:24-cv-00621-MSD-RJK)

_____

LEE SCHMIDT; CRYSTAL ARRINGTON

        Plaintiffs - Appellants

v.

CITY OF NORFOLK; MARK TALBOT, In his official capacity as the Norfolk
Chief of Police

        Defendants - Appellees

------------------------------

CATO INSTITUTE; INNOCENCE PROJECT; THE CENTER ON RACE,
INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF
LAW; THE POLICING PROJECT AT NEW YORK UNIVERSITY SCHOOL
OF LAW; ELECTRONIC FRONTIER FOUNDATION; AMERICAN CIVIL
LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA;
NEW CIVIL LIBERTIES ALLIANCE; ELECTRONIC PRIVACY
INFORMATION CENTER; PROJECT FOR PRIVACY AND SURVEILLANCE
ACCOUNTABILITY, INC.

        Amici Supporting Appellant

COMMONWEALTH OF VIRGINIA; UNITED STATES OF AMERICA;
STATE OF SOUTH CAROLINA; STATE OF ALABAMA; STATE OF
ALASKA; STATE OF ARKANSAS; DISTRICT OF COLUMBIA; STATE OF
DELAWARE; STATE OF GEORGIA; STATE OF ILLINOIS; STATE OF
INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF
MISSOURI; STATE OF NEBRASKA; STATE OF PENNSYLVANIA; STATE

OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; FLORIDA STATE HISPANIC CHAMBER OF COMMERCE; HISPANIC OUTREACH TASKFORCE; MULTICULTURAL BUSINESS ALLIANCE; SAFE HOUSE PROJECT, INC.; OPERATION LIGHT SHINE; HUMAN TRAFFICKING TRAINING CENTER LLC; VIRGINIA ASSOCIATION OF CHIEFS OF POLICE AND FOUNDATION, INC.; NORTH CAROLINA ASSOCIATION OF CHIEFS OF POLICE; NORTH CAROLINA SHERIFFS' ASSOCIATION; MAJOR CITIES CHIEFS ASSOCIATION; MAJOR COUNTY SHERIFFS OF AMERICA

Amici Supporting Appellee

_____

O R D E R

_____

The Florida State Hispanic Chamber of Commerce, Hispanic Outreach Taskforce, Multicultural Business Alliance, Safe House Project, Inc., Operation Light Shine, Human Trafficking Training Center LLC, Virginia Association of Chiefs of Police and Foundation, Inc., , North Carolina Association of Chiefs of Police, North Carolina Sheriffs' Association, Major Cities Chiefs Association, and Major County Sheriffs of America have filed amicus curiae briefs with the consent of the parties.

The court accepts the briefs for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk