FILED: July 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1227
(2:24-cv-00621-MSD-RJK)

_____

LEE SCHMIDT; CRYSTAL ARRINGTON

        Plaintiffs - Appellants

v.

CITY OF NORFOLK; MARK TALBOT, In his official capacity as the Norfolk
Chief of Police

        Defendants - Appellees

------------------------------

CATO INSTITUTE; INNOCENCE PROJECT; THE CENTER ON RACE,
INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF
LAW; THE POLICING PROJECT AT NEW YORK UNIVERSITY SCHOOL
OF LAW; ELECTRONIC FRONTIER FOUNDATION; AMERICAN CIVIL
LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA;
NEW CIVIL LIBERTIES ALLIANCE; ELECTRONIC PRIVACY
INFORMATION CENTER; PROJECT FOR PRIVACY AND SURVEILLANCE
ACCOUNTABILITY, INC.

        Amici Supporting Appellant

COMMONWEALTH OF VIRGINIA; UNITED STATES OF AMERICA;
STATE OF SOUTH CAROLINA; STATE OF ALABAMA; STATE OF

ALASKA; STATE OF ARKANSAS; DISTRICT OF COLUMBIA; STATE OF DELAWARE; STATE OF GEORGIA; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF PENNSYLVANIA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; FLORIDA STATE HISPANIC CHAMBER OF COMMERCE; HISPANIC OUTREACH TASKFORCE; MULTICULTURAL BUSINESS ALLIANCE; SAFE HOUSE PROJECT, INC.; OPERATION LIGHT SHINE; HUMAN TRAFFICKING TRAINING CENTER LLC; VIRGINIA ASSOCIATION OF CHIEFS OF POLICE AND FOUNDATION, INC.; NORTH CAROLINA ASSOCIATION OF CHIEFS OF POLICE; NORTH CAROLINA SHERIFFS' ASSOCIATION; MAJOR CITIES CHIEFS ASSOCIATION; MAJOR COUNTY SHERIFFS OF AMERICA

        Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of the joint motion to adjust the briefing schedule to include a supplemental response brief, and to extend the filing deadline and length limitation for the reply brief, the court grants the motion.  Appellee may file a supplemental response brief, not to exceed 1,500 words, no later than July 7, 2026. Appellant may file a reply brief, not to exceed 7,250 words, no later than July 23, 2026.

        For the Court

        /s/ Nwamaka Anowi, Clerk