FILED: October 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1227
(2:24-cv-00621-MSD-RJK)

---

LEE SCHMIDT; CRYSTAL ARRINGTON

Plaintiffs - Appellants

v.

CITY OF NORFOLK; MARK TALBOT, In his official capacity as the Norfolk Chief of Police

Defendants - Appellees

------------------------------

CATO INSTITUTE; INNOCENCE PROJECT; THE CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW; THE POLICING PROJECT AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; NEW CIVIL LIBERTIES ALLIANCE; ELECTRONIC PRIVACY INFORMATION CENTER; PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.

Amici Supporting Appellant

COMMONWEALTH OF VIRGINIA; UNITED STATES OF AMERICA; STATE OF SOUTH CAROLINA; STATE OF ALABAMA; STATE OF

ALASKA; STATE OF ARKANSAS; DISTRICT OF COLUMBIA; STATE OF DELAWARE; STATE OF GEORGIA; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF PENNSYLVANIA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; FLORIDA STATE HISPANIC CHAMBER OF COMMERCE; HISPANIC OUTREACH TASKFORCE; MULTICULTURAL BUSINESS ALLIANCE; SAFE HOUSE PROJECT, INC.; OPERATION LIGHT SHINE; HUMAN TRAFFICKING TRAINING CENTER LLC; VIRGINIA ASSOCIATION OF CHIEFS OF POLICE AND FOUNDATION, INC.; NORTH CAROLINA ASSOCIATION OF CHIEFS OF POLICE; NORTH CAROLINA SHERIFFS' ASSOCIATION; MAJOR CITIES CHIEFS ASSOCIATION; MAJOR COUNTY SHERIFFS OF AMERICA

Amici Supporting Appellee

---

O R D E R

---

Upon consideration of potential amicus Melissa Corrigan’s motion for leave to file a brief as amicus curiae in support of appellants, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk