UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 26-1227, Schmidt v. City of Norfolk

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

A pending petition for certiorari in Porter v. United States, No. 26-5121, presents the question whether a police officer violates the Fourth Amendment by accessing a database containing automatic license plate reader data. The petition also raises an unrelated Second Amendment question. The Supreme Court has not acted on the petition.

Signature: /s/ Elaine J. Goldenberg Counsel for: Defendants-Appellees

Date: 10/28/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)