# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

---

Appeal No. & Caption: No. 26-1227, Schmidt v. City of Norfolk

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

A pending petition for a writ of certiorari, Porter v. United States, No. 26-1521, raises the question whether police conduct a Fourth Amendment search when they access an ALPR database. The petition also raises a Second Amendment question, specifically whether an automatic weapon is an "arm." The Solicitor General agreed the Court should hold the petition pending the resolution of the Second Amendment question in two pending merits cases but otherwise waived any response. The Court has not taken any action on the petition.

Signature: /s/ Michael B. Soyfer Counsel for: Plaintiffs-Appellants

Date: 10/28/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)